SOLOMON MESHOLAM, Respondent, v ISABELLE HELENE MESHOLAM, Appellant.

Submitted March 26, 2007; decided June 5, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ZELINET C. MOYA et al., Appellants, v PENSKE TRUCK LEASING COMPANY et al., Respondents.

Submitted April 30, 2007; decided June 5, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action which is treated as if commenced in the Civil Court of the City of New York (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]; *see also* CPLR 326 [b]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN BENNETT, Appellant.

Submitted May 29, 2007; decided June 5, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.